IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERMAINE A. JONES,
ARLUS BANKS, JR., and
LAKHRAJ MANOHAR                                                                   PLAINTIFFS

V.                                 CASE NO. 3:16-CV-20-KGB-BD

CRAIGHEAD COUNTY JAIL, et al.                                            DEFENDANTS

RECOMMENDED DISPOSITION

I.   **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of the date of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.   **Discussion:**

On January 21, 2016, Plaintiff Jermaine A. Jones, then an inmate in the Craighead County Detention Facility, filed this action pro se under 42 U.S.C. § 1983, purporting to bring constitutional claims on behalf of himself, Arlus Banks, Jr. and Lakhraj Manohar. (Docket entry #1) Mr. Jones did not immediately submit an *in forma pauperis* (IFP)

application, so the Court provided him an application and directed that he either submit a complete IFP application or pay the filing fee no later than February 25, 2016. (#2) To date, Mr. Jones has not responded to the Court's January 26, 2016 Order, and the time for doing so has passed.

Further, by Order of March 28, 2016, Mr. Jones was directed to inform the Court of his new address, after mail addressed to Mr. Jones was returned to the Court as undeliverable. (#20, #21) To date, Mr. Jones has not complied with that Order, and the time for doing so has passed. Mr. Jones was specifically cautioned that his claims could be dismissed if he failed to comply with the Court's Orders.

### III. Conclusion:

Mr. Jones's claims should be DISMISSED, without prejudice, based on his failure to comply with Court Orders and his failure to prosecute this action, and the case should be closed.[1]  See Local Rule 5.5(c)(2).

DATED this 28th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The claims raised by Mr. Manohar and Mr. Banks remain pending. In a separate Partial Recommended Disposition filed on April 5, 2016, however, the Court has recommended dismissal of those claims as well, based on their failure to prosecute their claims. (#22) Neither Mr. Manohar nor Mr. Banks has filed an objection to that recommendation.