IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERMAINE A. JONES,
ARLUS BANKS, JR., and
LAKHRAJ MANOHAR                                                                   PLAINTIFFS

v.                              Case No. 3:16-cv-00020-KGB/BD

CRAIGHEAD COUNTY JAIL, *et al.*                                                   DEFENDANTS

## ORDER

Before the Court are the Partial Recommended Disposition and Recommended Disposition ("Recommendations") from Magistrate Judge Beth Deere (Dkt. Nos. 22, 25). Also before the Court is plaintiff Lakhraj Manohar's motion to expedite (Dkt. No. 29). No objections have been filed, and the time for filing objections has passed. After careful review, this Court adopts the Recommendations in their entirety as this Court's findings in all respects (Dkt. Nos. 22, 25). The Court dismisses without prejudice the claims of plaintiffs Jermaine A. Jones, Arlus Banks, Jr., and Lakhraj Manohar (Dkt. No. 1).

It is therefore ordered that:

1. The claims of Mr. Jones, Mr. Banks, and Mr. Manohar are dismissed without prejudice due to a failure to comply with Court Orders and lack of prosecution (Dkt. No. 1).

2. Mr. Manohar's motion to expedite is denied as moot (Dkt. No. 29).

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge