**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JERMAINE A. JONES,**
**ARLUS BANKS, JR., and**
**LAKHRAJ MANOHAR**                                                                    **PLAINTIFFS**

**v.**                                        **Case No. 3:16-cv-00020-KGB/BD**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that plaintiffs

Jermaine A. Jones, Arlus Banks, Jr., and Lakhraj Manohar's claims are dismissed without

prejudice.

So adjudged this the 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge